UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| United States of America | |
|---|---|
| -vs- | Case No.: 1:18-CR-00410-RP(8) |
| Victor Hugo Espino-Olvera | |

## MOTION FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now  Katryna Spearman, Esq.  , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas *pro hac vice* to represent  Victor Hugo Espino-Olvera  in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) **Lowther Walker LLC**, with offices at

    Mailing address: 101 Marietta Street NW, Suite 3325

    City, State, Zip Code: Atlanta, GA 30303

    Telephone: O 404-496-4052, C 936-537-3914

    Facsimile: 866-819-7859

    Email: kspearman@lowtherwalker.com

2. Since ___2018___, Applicant has been and presently is a member of and in good standing with the Bar of the State of ___Georgia___. Applicant's bar license number is ___616038___.

3. Applicant has been admitted to practice before the following courts:

   Court:                                    Admission date:

   **See enclosed admissions.**

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   _____

   _____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

   _____

   _____

6. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   _____

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

8. Select one:

   ☐ Applicant has on file an application for admission to practice before the United States District Court for the Western District of Texas.

   ☑ Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

   | | |
   |---|---|
   | Co-counsel: | **Radney Hamilton Wood** |
   | Mailing address: | **500 West 2nd Street, Suite 1900** |
   | City, State, Zip Code: | **Austin, TX 78701** |
   | Telephone: | **512-813-7300** |

9. Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 *pro hac vice* fee in compliance with Local Court Rule AT-1(f)(2) [checks made payable to: **Clerk, U.S. District Court**].

10. Should the Court grant applicant's motion, Applicant shall register as a filing user within 10 days of this order, pursuant to Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas.

Wherefore, Applicant prays that this Court enter an order permitting the admission of

__Katryna Spearman, Esq._____ to the Western District of Texas *pro hac vice*

for this case only.

                                            Respectfully submitted,

                                            Katryna Spearman, Esq._____
                                            [printed name of Applicant]

                                            _____
                                            [signature of Applicant]

CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __11th__ day of _____February_____, ____2021____.

                                            Katryna Spearman, Esq._____
                                            [printed name of Applicant]

                                            _____
                                            [signature of Applicant]

**Court Admissions- Katryna Lyn Spearman**

| Court | Admission Date | Status |
| --- | --- | --- |
| US Court of Appeals for the Fourth Circuit | 03/19/2019 | Active |
| US Court of Appeals for the Sixth Circuit | 04/30/2019 | Active |
| US Court of Appeals for the Seventh Circuit | 07/12/2019 | Active |
| US Court of Appeals for the Tenth Circuit | 07/09/2019 | Active |
| US Court of Appeals for the Eleventh Circuit | 09/05/2018 | Active |
| US District Court for the District of Colorado | 05/21/2020 | Active |
| US District Court for the Middle District of Georgia | 09/24/2018 | Active |
| US District Court for the Northern District of Georgia | 08/06/2018 | Active |
| US District Court for the Southern District of Georgia | 10/23/2018 | Active |
| US District Court for the Western District of Tennessee | 06/06/2019 | Active |
| Superior Courts of Georgia | 04/24/2018 | Active |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

United States of America

-vs-

Victor Hugo Espino-Olvera

Case No. 1:18-CR-00410-RP(8)

**O R D E R**

BE IT REMEMBERED on this the _____ day of _____, 20____, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by Katryna Spearman, Esq. ("Applicant"), counsel for Victor Hugo Espino-Olvera and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Victor Hugo Espino-Olvera in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields     Print Form